UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
VANESSA KIRKPATRICK,

        Plaintiff,

        -v-                            09 Civ. 0487 (JSR)

NEW YORK UNIVERSITY, CENTER FOR      ORDER
DIALOGUES, and MUSTAPHA TLILI,

        Defendants.
------------------------------------- x
JED S. RAKOFF, U.S.D.J.

        By letter dated March 5, 2009, plaintiff's counsel in the above-captioned action notified the Court that "this action has settled and a Stipulation of Settlement has been fully executed." On the basis of this representation, the Court, by Order dated March 6, 2009, stayed all proceedings in the action, pending submission of a signed stipulation of dismissal from the parties. No such stipulation was submitted, but the parties have not taken any action with respect to this case since the Court's March 6, 2009 Order. Accordingly, the Court hereby directs the Clerk of the Court to enter final judgment dismissing the complaint, with prejudice, but with leave to either party to move by no later than April 10, 2011 to re-open the case.

        SO ORDERED.

Dated:  New York, NY
       March   , 2010            JED S. RAKOFF, U.S.D.J.